882 F.2d 1583
 SUN STUDS, INC., Plaintiff-Appellant,
v.
ATA EQUIPMENT LEASING, INC., Applied Theory, Inc., and U.S.
Natural Resources, Inc., Defendants/Cross-Appellants.
 Nos. 87-1509, 87-1515.
 United States Court of Appeals,
Federal Circuit.
 Aug. 16, 1989.
 
 1
 Prior report: Fed.Civ., 872 F.2d 978.
 
 ORDER
 
 2
 A suggestion for rehearing in banc having been filed in this case, and a response thereto having been invited by the court and filed,UPON CONSIDERATION THEREOF, it is
 
 
 3
 ORDERED that the suggestion for rehearing in banc be, and the same hereby is, accepted. Additional briefing and argument are not indicated at this time.